IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER SMITH KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 05-415-BH-C |
| RANDAL CARTER, an individual, ) | |
| TIM KURLAND, an individual, d/b/a ) | |
| TIM'S TOWING ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant Tim Kurland d/b/a Tim's Towing's (hereinafter, "Kurland") Motion (Doc. 20) for Summary Judgment. Plaintiff Jennifer Kennedy filed a Response (Doc. 22) to that motion and Kurland, in turn, Replied (Doc. 25) to the Response. Upon review of the parties' pleadings and all relevant evidence submitted therewith, the Court finds that judgment as a matter of law is inappropriate at this time. Therefore, Defendant Kurland's Motion (Doc. 20) for Summary Judgment is **due to be DENIED**.

The Court has properly examined all the evidence and "resolve[d] all reasonable doubts about the facts in favor of the non-movant, and [drew] all justifiable inferences ... in [her] favor." *United States v. Four Parcels of Real Property*, 941 F.2d 1428 (11th Cir. 1991). Based on this analysis, the Court finds that genuine issues of material fact do exist as to Plaintiff's claims of negligence and wantonness against Defendant Kurland. Therefore, pursuant to Fed.R.Civ.P. 56(c), Kurland's Motion (Doc. 20) for Summary Judgment is **hereby DENIED**.

**So ORDERED**, this 6th day of April, 2006.

                                                                                               s/ W. B. Hand
                                                                          SENIOR DISTRICT JUDGE